TO BE PUBLISHED

# Supreme Court of Kentucky

## 2015-SC-000660-KB

KENTUCKY BAR ASSOCIATION                                        MOVANT


V.                        IN SUPREME COURT


THOMAS MARGOLIS                                              RESPONDENT
KBA MEMBER NO. 93972


### OPINION AND ORDER IMPOSING RECIPROCAL DISCIPLINE


Respondent, Thomas Margolis, was admitted to the practice of law in the Commonwealth of Kentucky on February 11, 2011. His bar roster address is P.O. Box 1163, Carbondale, Illinois 62903, and his member number is 93972. On September 21, 2015, the Supreme Court of Illinois found Respondent guilty of the following eleven violations of the Illinois Rules of Professional Conduct: 8.4(c) (conduct involving dishonesty, deceit, fraud, or misrepresentation); 8.4(d) (conduct prejudicial to the administration of justice); 1.2(a) (two counts) (failure to consult with client about settlement of a matter); 1.4(a)(1) (two counts) (failure to inform client of a decision to which the client's informed consent is required); 1.4(a)(2) (two counts) (failure to reasonably consult with a client about the means of representation); 1.4(a)(3) (two counts) (failure to keep client informed); 1.4(b) (failure to explain a matter to the client to the extent reasonably necessary for the client to make an informed decision). *In re:*

*Thomas E. Margolis,* Supreme Court No. M.R. 27546 (2014). The Supreme Court of Illinois imposed a thirty-day suspension effective October 13, 2015. Pursuant to SCR 3.435(4), Respondent is subject to identical reciprocal discipline in the Commonwealth of Kentucky unless he proves by substantial evidence: (a) a lack of jurisdiction or fraud in the Illinois disciplinary action, or (b) that his misconduct warrants substantially different discipline in this Commonwealth.

On November 12, 2015, the Kentucky Bar Association (KBA) filed a petition for reciprocal discipline pursuant to SCR 3.435. On November 16, 2015, this Court ordered the following:

> Within twenty (20) days of the date of the entry of this order, Respondent is ordered to show cause why he should not be suspended from the practice of law for thirty (30) days, as consistent with an order of identical discipline from the Supreme Court of Illinois.

Respondent failed to comply with the November 16, 2015, order.

ACCORDINGLY, IT IS ORDERED that Respondent, Thomas Margolis, KBA Member Number 93972, is suspended from the practice of law in the Commonwealth of Kentucky for a period of thirty days (30) days from the entry of this opinion and order.

All sitting. All concur.

ENTERED: June 16, 2016.

_____
CHIEF JUSTICE

2